

Oxford Dictionaries

ABOUT | HELP | LOG IN

SELECT LANGUAGE **English** □

Dictionary    Synonyms    Grammar □    Explore □

ENGLISH … □ | US English | pocket dial | ▢

See how a bottle becomes a new pair of jeans at

IWantToBeRecycled.org

 KEEP AMERICA BEAUTIFUL

Give your garbage another life. Recycle.

home    US English    pocket-dial

Definition of *pocket-dial* in English:

# pocket-dial

*North American* *informal*

---

**VERB**  (**pocket-dials, pocket-dialing, pocket-dialed** ; *British* **pocket-dials, pocket-dialling, pocket-dialled**)

[WITH OBJECT]

Inadvertently call (someone) on a mobile phone in one's pocket, as a result of pressure being accidentally applied to a button or buttons on the phone:

Most popular in the US □

1. mic drop
2. janky
3. harambee
4. balayage
5. saudade

= trending

WORD OF THE DAY

antepart um



*'he pocket-dialed his main girl and she heard everything'*

More example sentences

## NOUN

**(pocket dial)**

An inadvertent call made on a mobile phone in one's pocket, as a result of pressure being applied accidentally to a button or buttons on the phone:

*'deputies said a pocket dial to 911 led them to an underage drinking party'*

More example sentences

## For editors and proofreaders

Syllabification: pock·et·di·al

## Definition of pocket-dial in:

* British & World English dictionary

## What do you find interesting about this word or phrase?

*Comments that don't adhere to our Community Guidelines may be moderated or removed.*



### Nearby words

pocket watch

pocket-burner

**pocket-dial**

pocket-filled

pocket-hoop



QLINK
WIRELESS
CONNECTING AMERICA

Get Your
FREE Phone
+
FREE Service
Government Benefits Program

Plus Free
Minutes
Every
Month

Get Yours Now ▶

Must be eligible
to enroll

*click to view offer disclosures

English (US)

OXFORD
UNIVERSITY PRESS

© 2016 Oxford University Press      Contact us      Privacy policy & legal notice      Browse dictionary      Help      About